# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:05cv46-T

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| SUBWAY OF ASHEVILLE #7, LLC; AHMAD ENTERPRISES OF NORTH CAROLINA, INC.; SUBWAY OF CANTON, INC.; SUBWAY OF MERRIMON AVENUE, INC.; and SUWAN SUBWAY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**THIS MATTER** is before the court on plaintiff-intervenors' Motion to Intervene. Such motion fails to reflect consultation with opposing counsel as required by Local Rule 7.1(A). Having considered plaintiff-intervenors' motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE,**

**ORDERED** that plaintiff-intervenors' Motion to Intervene (#8) is DENIED without prejudice based on non-compliance with the Local Rules of this court.

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge