IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv46-T

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| and ) ) | |
| MELANIE COOPER; CRYSTAL GREEN; CHRISTINA JACKSON; and DANITA POWELL, ) ) ) ) | |
| Plaintiffs-Intervenors, ) ) ) | |
| Vs. ) | ORDER |
| ) | |
| SUBWAY OF ASHEVILLE #7, LLC; AHMAD ENTERPRISES OF NORTH CAROLINA, INC.; SUBWAY OF CANTON, INC.; SUBWAY OF MERRIMON AVENUE, INC.; and SUWAN SUBWAY, ) ) ) ) ) ) ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff-intervenors' second Motion to Intervene. Having considered such motion and it appearing that plaintiff does not oppose intervention and that defendants do not consent but will not oppose intervention, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff-intervenors' second Motion to Intervene (#16) is **ALLOWED**, plaintiffs-intervenors are **GRANTED** leave to intervene and to **FILE** their proposed Complaint in Intervention and serve such complaint upon the parties as required by Rules 24(c) and 5, Federal Rules of Civil Procedure.

Defendants shall answer or otherwise respond to the Complaint in Intervention within 20 days of such service or 20 days of receipt of this Order, whichever is later.

**Signed: May 20, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge