# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:05cv46-T

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>MELANIE COOPER; CRYSTAL GREEN; )<br>CHRISTINA JACKSON; DANITA )<br>POWELL; and JENNIFER GRADY, )<br>)<br>Plaintiffs-Intervenors, )<br>)<br>)<br>Vs. )<br>)<br>SUBWAY OF ASHEVILLE #7, LLC; )<br>AHMAD ENTERPRISES OF NORTH )<br>CAROLINA, INC.; SUBWAY OF )<br>CANTON, INC.; SUBWAY OF )<br>MERRIMON AVENUE, INC.; and )<br>SUWAN SUBWAY, )<br>)<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff-intervenor Jennifer Grady's Motion to Intervene. Having considered such motion and it appearing that plaintiff-intervenor has fully complied with the Federal and Local rules, and that plaintiff does not oppose intervention and that defendants do not consent, but will not oppose intervention, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff-intervenor Jennifer Grady's Motion to Intervene (#21) is **ALLOWED**, plaintiffs-intervenor Jennifer Grady is **GRANTED** leave

to intervene and to **FILE** her proposed Complaint in Intervention and serve such complaint upon the parties as required by Rules 24(c) and 5, Federal Rules of Civil Procedure.

Defendants shall answer or otherwise respond to the Complaint in Intervention within 20 days of such service or 20 days of receipt of this Order, whichever is later.

**Signed: July 5, 2005**

Dennis L. Howell
United States Magistrate Judge